PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kwesi Odia Sallis**

**Docket No. 0:01CR00344-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kwesi Odia Sallis** who was sentenced for Bank Robbery on May 30, 2002, by the Honorable Paul A. Magnuson, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Substance Abuse Testing
Financial Disclosure
Alcohol Restrictions
No New Debit/Credit
Drug Treatment
6 Months of Home Confinement with Electronic Monitoring
Provide DNA Sample
Pay $3,751.00 of Restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mandatory Condition: The defendant shall refrain from any unlawful use of a controlled substance.

On March 9, 2005, Mr. Sallis tested positive for cocaine.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on March 11, 2005, at 10 a.m. to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 10th day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on March 10, 2005
Place St. Paul

SCANNED
MAR 10 2005
U.S. DISTRICT COURT ST. PAUL