**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
Kwesi Odia Sallis, )
Defendant. )

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 01-344(1) PAM
Date: March 11, 2005
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 10:15
Time Concluded: 10:25
Time in Court: Hours & 10 Minutes

## APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Daniel M. Scott : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
: **Initial Appearance - Violation of Supervised Release Proceedings.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant is remanded to the custody of the U.S. Marshal for 2 days. The defendant shall surrender on March 12, 2005 @ 8:00 a.m. to the U.S. Marshal or to the jail facility designated by the U.S. Marshal. The defendant shall be released on March 14, 2005 @ 7:00 a.m. (see order for conditions upon release)
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
9 Defendant is sentenced to:
: Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk