**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# VIOLATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Kwesi Odia Sallis,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: 01-344(1) PAM
Date: March 16, 2005
Court Reporter: Jeanne Anderson
Tape Number:
Time Commenced: 11:00 a.m.
Time Concluded: 11:15 a.m.
Time in Court: Hours & 15 Minutes

APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney
Defendant: Katherine Menendez : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.

: **Initial Appearance - Violation of Supervised Release Proceedings.**
9 **Revocation of Probation - Final Hearing.**
9 **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

ORDERED:

9 Defendant released on same terms and conditions of supervised release.
: Defendant remanded to custody of the U.S. Marshal for 2 days. The defendant shall surrender on March 18, 2005 @ 3:00 p.m. to the U.S. Marshal or to the jail facility designated by the U.S. Marshal. The defendant shall be released on March 20, 2005 @ 3:00 p.m. (see order for conditions)
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
: Upon release from confinement, the defendant shall continue supervised release term with the same discharge date and conditions as originally imposed and any conditions that were added during the term of supervised release.
: Written order to be issued.

s/Suzanne M. Ruiz

Calendar Clerk