UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-344(1) PAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR APPOINTMENT OF COUNSEL |
| | ) | |
| KWESI ODIA SALLIS, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

Dated: March 15, 2005

Honorable Paul A. Magnuson
United States District Court Judge

SCANNED
MAR 16 2005
U.S. DISTRICT COURT ST. PAUL