**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# VIOLATION HEARING

UNITED STATES OF AMERICA, Plaintiff,

v.

Kwesi Idia Sallis, Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Cr. 01-344(1) PAM
Date: April 6, 2005
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 10:30 a.m.
Time Concluded: 11:00 a.m.
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney
Defendant: Daniel M. Scott : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Violation of Supervised Release -Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant remanded to custody of the U.S. Marshal for 4 days. He is to surrender on April 7, 2005 @ 9:00 a.m. He is to be released on April 11, 2005 @ 9:00 a.m.
: Upon release from confinement the deft shall resume his term of supervised release with all previous terms and conditions. As an additional condition of supervised release, the deft shall serve 90 days at a half-way house with work release privileges. During the 90 days at the half-way house, the deft shall perform 25 hours of community service.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
9 Defendant is sentenced to:
: Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk