**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Kwesi Odia Sallis,**

Defendant.

Docket No. 0:01CR00344-001(PAM)

ORDER FOR REVOCATION

Upon a hearing before this Court and a finding that the defendant violated a condition of supervision, it is hereby ordered that the defendant be committed to custody for a term of _96_ hours.

☐ The defendant is remanded to the custody of the United States Marshal.

(X) The defendant shall voluntarily surrender to the United States Marshals Office in Minneapolis, MN, on _______April 7, 2005______, at ___9:00____ (X a.m.) ☐ p.m.

☐ The defendant shall voluntarily surrender to the jail facility designated by the United States Marshal for service of said sentence on ____________________________, at ________ ☐ a.m. ☐ p.m.

The defendant shall be released from said sentence on ______April 11, 2005____, at ____9:00___ (X A.M.) ☐ P.M.

☐ Upon revocation of probation, it is ordered that upon completion of said sentence, the defendant shall be placed on supervised release for term of ___ months. This term of supervised release will include the same conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervision.

X Upon revocation of supervised release, it is ordered that upon completion of said sentence, the defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervised release. The Court imposes the following additional special conditions of supervised release: 1) The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility and 2) The defendant shall perform 25 hours of community service, as approved by the probation officer.

Signed and executed this 6th day of April, 2005.

Honorable Paul A. Magnuson
U.S. District Judge

cc: Bureau of Prisons

SCANNED
APR 06 2005
U.S. DISTRICT COURT ST. PAUL