PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kwesi Odia Sallis**

**Docket No. 0:01CR00344-001-PAM**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kwesi Odia Sallis** who was sentenced for Bank Robbery (2 counts) on May 30, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Provide DNA Sample
- Drug Treatment
- Substance Abuse Testing
- Financial Disclosure
- No New Debt/Credit
- Alcohol Restrictions
- Pay $3,751.00 of Restitution

*Modified as of 8/12/2004*:

- 90 days Home Confinement with Electronic Monitoring

*Modified as of 4/06/2005*:

- 90 Days Community Confinement Center
- 25 Hours Community Service Work

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On August 11, 2005, the undersigned officer collected a urine specimen for urinalysis. The test cup was forwarded for laboratory analysis. On August 25, 2005, this officer received confirmation that the specimen tested positive for cocaine.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report]**

SCANNED
SEP 06 2005
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 2nd day of Sept., 2005, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on August 30, 2005
Place St. Paul