PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

United States District Court
**for the**
**DISTRICT OF MINNESOTA**
**United States v. Kwesi Odia Sallis**
**Docket No. 0:01CR00344-001(PAM)**
**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kwesi Odia Sallis** who was sentenced for Bank Robbery on May 30, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> DNA, drug treatment, substance abuse testing, financial disclosure, no new debt/credit, alcohol restrictions, $3,751.00-Restitution

90 days Home Confinement with Electronic Monitoring (modified on August 12, 2004).

90 Days Community Confinement Center and 25 Hours Community Service Work (modified on April 6, 2005).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On October 14, 2006, Mr. Sallis submitted to urinalysis. The specimen preliminarily yielded a positive result for cocaine. The specimen was forwarded to the laboratory for confirmation.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on November 17, 2006, at 10:00 a.m at the Interim St. Paul Courthouse at 180 East Fifth Street, St. Paul, Minnesota, Courtroom #2, to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 16th day of November, 2006, and ordered filed and made a part of the ~~records~~ in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Douglas S. Stevens
Senior U.S. Probation Officer

Executed on November 15, 2006
Place Minneapolis

cc: U.S. Attorney's Office
Federal Defender's Office

SCANNED
NOV 16 2006
U.S. DISTRICT COURT ST. PAUL