**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Kwesi Odia Sallis,**

Defendant.

Docket No. 0:01CR00344-001(PAM)

ORDER FOR REVOCATION

Upon a hearing before this Court and a finding that the defendant violated a condition of supervision, it is hereby ordered that the defendant be committed to custody for a term of 48 hours.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall voluntarily surrender to the United States Marshals Office in Minneapolis, MN, on ______________, at ________ ☐ a.m. ☐ p.m.

☑ The defendant shall voluntarily surrender to the jail facility designated by the United States Marshal for service of said sentence on 11/24/06, at 9:00 ☑ a.m. ☐ p.m.

The defendant shall be released from said sentence on 11/26/06, at 9:00 ☑ A.M. ☐ P.M.

☐ Upon revocation of probation, it is ordered that upon completion of said sentence, the defendant shall be placed on supervised release for term of ___ months. This term of supervised release will include the same conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervision.

☑ Upon revocation of supervised release, it is ordered that upon completion of said sentence, the defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervised release.

Signed and executed this 17th day of November, 2006.

Honorable Paul A. Magnuson
Senior U.S. District Judge

cc: Bureau of Prisons

SCANNED
NOV 17 2006
U.S. DISTRICT COURT ST. PAUL