PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kwesi Odia Sallis**

**Docket No. 0:01CR00344-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kwesi Odia Sallis** who was sentenced for Bank Robbery on May 30, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

-DNA
-Drug Treatment
-Substance Abuse Testing
-Financial Disclosure
-No New Debt/Credit
-Alcohol Restrictions
-Pay $3,751.00 Restitution
-90 Days Home Confinement With Electronic Monitoring (modified on August 12, 2004).
-90 Days Community Confinement Center and 25 Hours Community Service Work (modified on April 6, 2005).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On December 15, 2006, Mr. Sallis submitted to urinalysis. That specimen preliminarily yielded a positive result for cocaine and was forwarded to the laboratory for confirmation.

**Special Condition: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.**

On December 12, 2006, Mr. Sallis failed to report for urinalysis as instructed by the code-a-phone system.

SCANNED
DEC 18 2006
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on December 19, 2006, at 2:30 p.m., at the Interim St. Paul Courthouse at 180 East Fifth Street, St. Paul, Minnesota, Courtroom #2, to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 18th day of December, 2006, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
Senior U.S. Probation Officer

Executed on December 18, 2006
Place Minneapolis

cc: U.S. Attorney's Office
Federal Defender's Office