# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

KWESI ODIA SALLIS,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-344 PAM

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that ANDREW H. MOHRING shall appear as appointed counsel of record for the above named defendant in this case.

Dated: December 18, 2006

*s/ Andrew H. Mohring*
ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415