**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Kwesi Odia Sallis,
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 01-344 (1) PAM
Date: January 4, 2007
Court Reporter: Deb Beauvais
Tape Number:
Time Commenced: 10:30 a.m.
Time Concluded: 11:00 a.m.
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: Rob Lewis, Assistant U.S. Attorney
Defendant: Andrew Mohring ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: /

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Supervised Release continued for a term of.
☒ Defendant is sentenced to: 10 days of inpatient treatment for substance abuse. Upon release the deft to complete 12 weeks of outpatient treatment and an addt'l 12 weeks of after-care treatment. Deft to be afforded work release. Deft to receive necessary mental health treatment. Deft to surrender on January 8, 2007. Upon completion of treatment, the deft shall continue on supervised release to original discharge date with all terms and conditions as previously set.
☒ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk