UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Crim. No. 01-344(1) (PAM)

Plaintiff,

v. **ORDER OF REVOCATION**

Kwesi Odia Sallis,

Defendant.

---

This matter is before the Court on a Petition on Supervised Release submitted by the United States Probation Office. At the January 4, 2007, hearing on the matter, Defendant admitted to using a controlled substance, thereby violating a special condition of his supervised release. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant shall complete at least ten days of inpatient treatment at a substance abuse treatment facility designated by the United States Probation Office. The term of inpatient treatment may be extended if deemed appropriate;

2. After completing the inpatient treatment, Defendant shall complete at least an additional twenty-four weeks of substance abuse rehabilitation. In particular, Defendant shall complete at least twelve weeks of outpatient treatment and a minimum of an additional twelve weeks of after-care treatment. During these periods, Defendant shall be afforded work release privileges;

SCANNED
JAN 05 2007
U.S. DISTRICT COURT ST. PAUL

3. Defendant shall avail himself of mental health treatment necessary for his rehabilitation as required by the United States Probation Office;

4. Defendant shall voluntarily surrender on Monday, January 8, 2007, or such other date as established by the United States Probation Office, to the location designated by the United States Probation Office; and

5. Upon completion of treatment, Defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, as well as any conditions that were added during the previous term of supervised release and by this Order.

Dated: Jan 4, 2007

Paul A. Magnuson
United States District Court Judge