PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kwesi Odia Sallis**

**Docket No. 0:01CR00344-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kwesi Odia Sallis** who was sentenced for Bank Robbery on May 30, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

-Provide DNA; Drug Treatment; Substance Abuse Testing; Financial Disclosure; No New Debt/Credit; Alcohol Restrictions; Pay $3,751.00 Restitution
-90 Days Home Confinement With Electronic Monitoring (modified on August 12, 2004)
-90 Days Community Confinement Center and 25 Hours Community Service Work (modified on April 6, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On March 10, 2007, Mr. Sallis failed to report for uranalysis as directed by the code-a-phone system.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 40 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 4th day of April, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
Senior U.S. Probation Officer

Executed on April 2, 2007
Place Minneapolis

SCANNED
APR 05 2007
U.S. DISTRICT COURT ST. PAUL