Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kwesi Odia Sallis

Docket No. 0:01CR00344-1

**HEARING WAIVER**

I, Kwesi Odia Sallis, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 40 hours of community service, as approved by the probation officer.

Signed: Kwesi Sallis

Kwesi Odia Sallis
Supervised Releasee

Dated: 3-24-03

Witness:

SCANNED
APR 0 5 2007
U.S. DISTRICT COURT ST. PAUL