**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Kwesi Odia Sallis,

Defendant.

Criminal No.01-344(1)(PAM)

**ORDER APPOINTING COUNSEL**

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Tuesday, May 1, 2007, @ 2:15 p.m. Courtroom #2, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota before the Honorable Paul A. Magnuson..

Dated: May 1, 2007

PAUL A. MAGNUSON, JUDGE
United States District Court

SCANNED
MAY 01 2007
U.S. DISTRICT COURT ST. PAUL