**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Kwesi Odia Sallis,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Cr. 01-344(1) PAM
Date: May 1, 2007
Court Reporter: Jeanne Anderson
Tape Number:
Time Commenced: 2:15 p.m.
Time Concluded: 2:30 p.m.
Time in Court: Hours & 15 Minutes

## APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney
Defendant: Andrea George ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☒ **Zero Tolerance hearing re:violation of supervised release.**
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☐ Defendant admits allegations. ☒ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☒ Hearing is continued to May 9, 2007 @ 9:15 a.m.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☐ Defendant is sentenced to:
☐ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk