PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
MAY 09 2007
U.S. DISTRICT COURT
P.A.M.

United States District Court
**for the**
**DISTRICT OF MINNESOTA**
**United States v. Kwesi Odia Sallis**
**Docket No. 0:01CR00344-001(PAM)**
**AMENDED Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kwesi Odia Sallis** who was sentenced for Bank Robbery on May 30, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

DNA; drug treatment; substance abuse testing; financial disclosure; no new debt/credit; alcohol restrictions; and $3,751 restitution
90 days home confinement with electronic monitoring (modified August 12, 2004)
90 days community confinement center and 25 hours community service work (modified April 6, 2005)
40 hours of community service (modified April 5, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 1, 2007, Mr. Sallis submitted a preliminary drug specimen which tested positive for cocaine. On the same date, Mr. Sallis appeared before the Court on a Zero Tolerance Petition. He denied any drug use. The Court continued the hearing pending the result of laboratory confirmation testing. Subsequently, the confirmation test yielded a negative result for the presence of cocaine.

PRAYING THAT THE COURT WILL ORDER That the Petition dated May 1, 2007, and any further revocation proceedings be vacated and that Mr. Sallis be continued on supervised release.

ORDER OF THE COURT

Considered and ordered this 9 day of May, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
Senior U.S. Probation Officer

Executed on May 8, 2007
Place Minneapolis

cc: U.S. Attorney's Office
Federal Defender's Office

SCANNED
MAY 11 2007
U.S. DISTRICT COURT ST. PAUL